IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **EZ LUBE, LLC, et *al.*,**[1] | : | **Case No. 08-13256 (CSS)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |
| | : | Re: Docket Nos. 884, 885, 912 and 921 |

**CERTIFICATION OF COUNSEL REGARDING
ORDER GRANTING, IN PART, FIRST OMNIBUS (SUBSTANTIVE)
OBJECTION BY MICHAEL J. DOBSON AND RICHARD D. TEASTA
TO REDUCE, EXPUNGE AND/OR DISALLOW CERTAIN CLAIMS**

On November 8, 2010, Michael J. Dobson and Richard D. Teasta (together, the "Movants") filed the **First Omnibus (Substantive) Objection by Michael J. Dobson and Richard D. Teasta to Reduce, Expunge and/or Disallow Certain Claims** [Docket No. 884] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] Pursuant to the Omnibus Objection, the Movants were seeking the entry of an order disallowing, expunging, and/or reducing certain claims listed in Exhibits B through J attached thereto. Pursuant to the **Re-Notice of First Omnibus (Substantive) Objection by Michael J. Dobson and Richard D. Teasta to Reduce, Expunge and/or Disallow Certain Claims** [Docket No. 907], filed on November 30, 2010, objections to the Omnibus Objection were to be filed no later than 4:00 p.m. (Eastern Standard Time) on January 21, 2011 (the "Objection Deadline") and a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are EZ Lube, LLC (6472) and Xpress Lube-Tech, Inc. (3770). The address for both Debtors is 3540 Howard Way, Suite 200, Costa Mesa, CA 92626.

[2] On November 8, 2010, the Movants also filed the **Declaration of Michael J. Dobson in Support of First Omnibus (Substantive) Objection by Michael J. Dobson and Richard D. Teasta to Reduce, Expunge and/or Disallow Certain Claims** [Docket No. 885] in connection with, and in support of, the Omnibus Objection.

hearing to consider the Omnibus Objection was scheduled for January 28, 2011 at 11:00 a.m. (Eastern Standard Time).

On or before the Objection Deadline, counsel to the Movants received (a) formal responses to the Omnibus Objection from (i) George Gurrola and Elisa Gurrola (see Docket No. 921); and (ii) Nishimoto Enterprises, California Corporation (see Docket No. 912) (collectively, the "Formal Responding Parties") and (b) informal responses to the Omnibus Objection from (i) Camden Holdings LLC; (ii) St. James Management Inc.; (iii) Manista Trust; and (iv) Chaptete Properties Corp. (collectively, the "Informal Responding Parties" and, together with the Formal Responding Parties, the "Responding Parties").[3] Other than the responses of the Responding Parties, as of the date hereof, the Movants have not received any other objections or responses to the Objection.

On January 28, 2011 at 11:00 a.m. (Eastern Standard Time), the Bankruptcy Court held a hearing (the "January 28th Hearing") to consider, among other things, the Omnibus Objection and certain of the responses of the Responding Parties. Based upon the statements of counsel and rulings of the Bankruptcy Court made on the record at the January 28th Hearing, the Movants have prepared a revised form of order with respect to the Omnibus Objection (the "Revised Order"). A copy of the Revised Order is attached hereto as Exhibit A. For the convenience of the Bankruptcy Court and parties-in-interest, a blackline comparing the Revised Order against the form of order originally filed with the Omnibus Objection is attached hereto as Exhibit B.

---

[3] Consideration of the Omnibus Objection as to the claims of certain of the Responding Parties was continued to the hearing scheduled for March 4, 2011 at 2:00 p.m. (Eastern Standard Time) and the Objection Deadline as to those Responding Parties was extended to February 22, 2011 at 4:00 p.m. (Eastern Standard Time).

RLF1 3798383v. 1

The Movants believe that the Revised Order is consistent with the record of the January 28th Hearing. Consequently, the Movants respectfully request the entry of the Revised Order, substantially in the form attached hereto as Exhibit A, at the earliest convenience of the Bankruptcy Court.

Dated: February 4, 2011  
       Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

/s/ Mark D. Collins

Mark D. Collins (No. 2981)  
Jason M. Madron (No. 4431)  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

- and -

JONES DAY  
Bennett L. Spiegel  
Erin N. Brady  
555 South Flower Street  
Los Angeles, California 90071  
Telephone: (213) 489-3939  
Facsimile: (213) 243-2539

- and -

Lance E. Miller  
222 East 41st Street  
New York, New York 10282  
Telephone: (212) 326-3421  
Facsimile: (212) 755-7306

*Attorneys for Michael J. Dobson and Richard D. Teasta*